UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES PARK, derivatively on Behalf of Ceridian Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>RONALD L. TURNER, et al.<br><br>        Defendants. | File No. 04-CV-3798 MJD/SRN<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal executed by counsel herein and with this Court on April 25, 2008, and based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of Plaintiff and Defendants are hereby dismissed with prejudice.

Dated this 28th day of April, 2008    s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court Judge